

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00036-CV

| | | |
|---|---|---|
| IN THE INTEREST OF L.E. AND P.E., CHILDREN | § | On Appeal from the 322nd District Court |
| | § | of Tarrant County (322-727064-22) |
| | § | May 23, 2024 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final order. It is ordered that the trial court's final order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr